# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

APPLICATION GRANTED

*[signature]*

Hon. Judith C. McCarthy    11-9-2022

Nov. 9, 2022

The Hon. Judith McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: Kidane Gallimore, Case No. 22-mj-05393

Dear Judge McCarthy,

I am writing to request that the Court modify the terms of Mr. Gallimore's release to permit him to travel to Bloomfield, New Jersey to visit his mother on November 24, 2022 for the Thanksgiving holiday.

It is my understanding that Mr. Gallimore has been in complete compliance with pretrial supervision since his June 28, 2022 release on an unsecured $100,000 bond signed by two financially responsible family members. Until now, he has been traveling to visit his mother every other Sunday with prior approval from pretrial. His mother is infirm and has mobility issues.

I have discussed this requested modification with AUSA Kaiya Arroyo. She has no objection. I have also discussed this requested modification with Pretrial Officer Andrew Abbott. His office consents to this modification.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Rachel Martin
Assistant Federal Defender

cc: AUSA Kaiya Arroyo
    U.S. Pretrial Services Officer Andrew Abbott